UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| v. § | No. 1:22-CR-00255-LY |
| § | |
| **(1) TUCKER C. SMITH,** § § § | |
| *Defendant* | |

# ORDER

Before the Court is Defendant's Unopposed Motion to Amend Conditions of Release, Dkt. 30. The District Court referred the motion to the undersigned for disposition. Dkt. 31. The motion seeks to amend the order setting Defendant's conditions of release, Dkt. 10, to permit him to be under a curfew rather than under home detention. The motion indicates that the only practical difference between the proposed curfew and the currently ordered home detention is that under a curfew, Defendant would be permitted to travel within the prescribed area (Travis, Hays, and Williamson Counties) without need of notifying Pretrial Services of any stops along the way. The motion further points out that Defendant would be subject to the condition requiring him to wear an electronic monitor and that he would still have to be home by a certain hour and would be required to stay home until a certain hour. Dkt. 30, at 1. Lastly, the motion states that neither the Assistant United States Attorney nor the U.S. Pretrial Services Officer assigned to his case oppose the requested relief.

For these reasons, the Court **GRANTS** the motion and **AMENDS** condition 7(p) of the Order Setting Conditions of Release, Dkt. 10, to remove condition 7(p)(ii), Home Detention, and impose instead condition 7(p)(i), Curfew, restricting Defendant to his residence from 3:00 p.m. to 3:00 a.m., or as directed by the pretrial services office or supervising officer.

SIGNED January 23, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE